# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and ARTHUR H. BUNTE, JR., trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>HAZEN CARTER, an individual,<br><br>Defendant. | Case No. 14-cv-0230<br><br>Honorable James B. Zagel<br>District Judge<br><br>Magistrate Judge Young B. Kim |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

**COMES NOW** defendant Hazen Carter, by counsel, pursuant to F.R.Civ.P. 6(b)(1)(A), and states as follows:

1. The Complaint in this matter was filed on January 14, 2014.

2. A Summons in Civil Case was issued the same day.

3. Defendant Hazen Carter was personally served a copy of the Summons and Complaint on January 26, 2014.

4. An answer or responsive pleading to the Complaint is currently due on or about February 17, 2014.

5. Counsel for defendant has reviewed a copy of the Complaint, but has not had sufficient opportunity to confer with his client to determine the extent or merits of defenses to the Complaint herein.

6. Counsel for defendant, Dan Nelson, has conferred with opposing counsel, Tony Napoli, and Mr. Napoli has consented to an extension of time to March 1, 2014, in which to file an answer or responsive pleading to the Complaint.

7. No previous request for extension of time has been requested in this matter.

8. This motion is not made for the purpose of vexation or delay.

WHEREFORE, defendant Hazen Carter, by counsel, prays for an Order extending the time in which to file an answer or responsive pleading to March 1, 2014, and for such further relief as the Court deems just and proper.

Dated: February 13, 2014        Respectfully submitted,

LATHROP & GAGE LLP

By: */s/ Bryan K. Clark*
Bryan K. Clark
155 N. Wacker Drive, Suite 3050
Chicago, IL 60606
Telephone: (312) 920-3300
bclark@lathropgage.com
ARDC #6296090

**Of Counsel:**

Dan Nelson
Missouri Bar No. 31486
910 East St. Louis Street, Suite 100
Springfield, MO 65806-2523
Telephone: 417.886.2000
Telecopier: 417.886.9126
dnelson@lathropgage.com

Attorneys for Defendant
HAZEN CARTER

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the above was served electronically on all parties in interest or their attorneys of record, according to this Court's notice of electronic filing on this 13th day of February, 2014.

                                          */s/ Bryan K. Clark*
                                          Bryan K. Clark