**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and ARTHUR H. BUNTE, JR., trustee, | ) ) ) | |
| | ) | Case No. 14-cv-0230 |
| Plaintiffs, | ) ) | Honorable James B. Zagel |
| | ) | District Judge |
| vs. | ) ) | |
| | ) | Magistrate Judge Young B. Kim |
| HAZEN CARTER, an individual, | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF MOTION

TO:    Anthony E. Napoli, Esq.
        Brandon A. Buyers, Esq.
        Charles H. Lee, Esq.
        John J. Franczyk, Jr., Esq.
        Central States Law Department
        9377 W. Higgins Road
        10th Floor
        Rosemont, IL 60018-5123

**PLEASE TAKE NOTICE** that on **Tuesday, February 25, 2014 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Unopposed Motion for Extension**, a copy of which is hereby served upon you.

Dated: February 13, 2014

Respectfully submitted,

LATHROP & GAGE LLP

By: /s/ Bryan K. Clark
      Bryan K. Clark
      155 N. Wacker Drive, Suite 3050
      Chicago, IL 60606
      Telephone: (312) 920-3300
      bclark@lathropgage.com
      ARDC #6296090

**Of Counsel:**

Dan Nelson
Missouri Bar No. 31486
910 East St. Louis Street, Suite 100
Springfield, MO 65806-2523
Telephone: 417.886.2000
Telecopier: 417.886.9126
dnelson@lathropgage.com

Attorneys for Defendant
HAZEN CARTER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above was served electronically on all parties in interest or their attorneys of record, according to this Court's notice of electronic filing on this 13th day of February, 2014.

*/s/ Bryan K. Clark*
Bryan K. Clark