AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Arthur H. Bunte, Jr., as Trustee,
Plaintiffs,

V.

Hazen Carter, an individual,
Defendant.

CASE NUMBER: 14-cv-00230

ASSIGNED JUDGE: James B. Zagel

DESIGNATED
MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Hazen Carter
214 Country Lane
Rogersville, MO 65742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli, Esq.
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 939-2469

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



January 14, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Jan 26, 2014 12:40 PM |
| NAME OF SERVER (PRINT) Bruce Tanner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 214 Country Lane Rogersville, Mo

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $65.00 | TOTAL $65.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-3-14
Date          Signature of Server

2-3-14

Address of Server
2039 E. Independence Ste 247
Springfield MO 65804

BRYAN P. JONES
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires: Oct. 11, 2016
Commission # 12403567

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.