UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.
                                   Plaintiff,

v.                                                 Case No.:
                                                  1:14−cv−00230
                                                  Honorable James B.
                                                  Zagel

Hazen Carter
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2014:

      MINUTE entry before the Honorable James B. Zagel: Defendant's Unopposed Motion for an Extension of Time [9] is granted. Defendant shall answer or otherwise plead on or before 3/3/14. Hearing set for 2/25/14 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.